IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| BERNARD JEMISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV 00-PT-2941-M |
| ) | |
| COMMISSIONER MIKE HALEY, et al., ) | |
| ) | |
| Defendants. ) | |

ENTERED
MAR

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 15, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). Plaintiff was told specifically in the report and recommendation that he could not file an appeal from the magistrate judge's recommendation. On February 23, 2001, plaintiff filed a document entitled "Notice of Appeal" which the court has deemed objections to the report and recommendation. Plaintiff has reiterated his claim that the conditions in the segregation unit at the St. Clair Correctional Facility are unpleasant and uncomfortable, but he has not alleged any facts to show that they amount to a serious deprivation of a basic human need, which is required to show that he is being subjected to cruel and unusual punishment.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is

ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b).

A Final Judgment will be entered.

DATED this 22nd day of March, 2001.

ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE

2